## UNTERSINGER v. UNITED STATES.
### No. 140–342.

District Court, S. D. New York.
June 2, 1947.

Paul C. Matthews, of New York City, for libellant.

Kirlin, Campbell, Hickox & Keating, of New York City, for defendant.

KNOX, District Judge.

Inasmuch as the infant on whose behalf this suit was brought is a non-resident of this district, and since the merchant ship on which he was injured and which was owned by the United States, was not within this jurisdiction when suit was brought, the libel must be dismissed. Sawyer v. U. S., D.C., 66 F.Supp. 271; Abbott v. U. S., D. C., 61 F.Supp. 989. Respondent has not waived any right with respect either to venue or jurisdiction. It has insisted from